1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  WILLIAM J. GULLOTTA (CTBN 423420)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5053
7      FAX: (408) 535-5066
       William.Gullotta@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

| UNITED STATES OF AMERICA, | ) NO. CR 15-00111 RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SEPTEMBER 14, 2015 THROUGH OCTOBER 19, 2014 |
| ARNULFO LOPEZ-PADILLA, | ) |
| Defendant. | ) |

   The defendant ARNULFO LOPEZ-PADILLA, represented by Graham Archer, Assistant Federal Public Defender, and the government, represented by William J. Gullotta, Assistant United States Attorney, appeared before the Court on September 14, 2015 for a status conference in the above-captioned case. The defendant has received discovery from the government and has requested additional discovery from the government; namely, the recordings of the defendant's immigration hearing. The government is in the process of producing these recordings. Defense counsel continues to review the discovery and prepare the defense's case, and the parties plan to discuss a potential resolution. At the request of the parties, the Court set the matter for a status conference on October 19, 2015 at 9:00 a.m.

[~~PROPOSED~~] ORDER EXCLUDING TIME

1  The Government and counsel for ARNULFO LOPEZ-PADILLA agreed that time should be excluded under the Speedy Trial Act from September 14, 2015 through October 19, 2015 so that defense counsel can prepare and conduct necessary investigation.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from September 14, 2015 through October 19, 2015 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from September 14, 2015 through October 19, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time from September 14, 2015 through October 19, 2015 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

\_\_9/16/2015\_\_      \_\_\_\_\_/s/ Ronald M. Whyte\_\_\_\_\_
DATE          THE HONORABLE RONALD M. WHYTE
              UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER EXCLUDING TIME